USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN IGARTUA,                                  :
                                               :
                        Plaintiff,   :
                                               :        1:24-cv-6569-GHW
          -against-                           :
                                               :             ORDER
FLORISUN LLC,                                  :
                                               :
                      Defendant.   :
                                               :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated September 3, 2024, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 31, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's September 3, 2024 order forthwith and in any event no later than January 3, 2025.

      SO ORDERED.

Dated: January 2, 2025
New York, New York
                                              GREGORY H. WOODS
                                         United States District Judge